IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

GERALD REED )
   PLAINTIFF )
)
-VS- )
)
MARCUS HARDY ET.AL, )
   DEFENDANTS )

No. 11 C 3777

HONORABLE: JAMES B. ZAGEL
Judge Presiding

FILED
OCT 12 2011
OCT 12 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING

To: LISA MADIGAN: ATTORNEY GENERAL
AND
ASSISTANT ATTORNEY GENERAL
AGNES PTASINJIK
100 W. Randolph 13th Floor
Chicago Ill. 60601

You ARE HEREBY NOTIFIED THAT AT 10:15 AM, ON the 13th day of October 2011, I shall APPEAR before THE HONORABLE JAMES B. ZAGEL OR ANY Judge sitting IN his stead. IN COURTROOM 2503 AT THE EVERETT McKINLEY DIRKSEN UNITED STATES COURT HOUSE. AT 219 South Dearborn STREET, Chicago Illinois AND then IN MY OWN PRESENT, to ANSWER to SAID MOTION for the Attorney's REPRESENTED by the DEFENDANTS. ASKING LEAVE to FILE A PLRA IN STANTER, PERSONNALLY. DUE to PLAINTIFF. IS NOT REPRESENTED by COUNSEL. ASKING LEAVE TO ANSWER / AND ASSES to DEFENDANTS PLRA. ANSWER.

/S/ GERALD REED
PLAINTIFF
AT IDOC/STATEVILLE C.C.
P.O. Box 112 ROUT 53
Joliet Ill. 60431-0112

"PROOF OF SERVICE by MAIL"

I, GERALD REED. CERTIFY That ON October 6, 2011. I SERVED this MATTER ON the ABOVE NAMED PARTIES by U.S. MAIL AND MAILED with PROPER POSTED by STATEVILLE CORR. CTR. MAILING SERVICE. by the DEPARTMENT OF CORRECTION. SERVICE AT P.O. Box 112, RT. 53 IN Joliet Illinois 60434 PRIOR to 5:00 clock pm.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD REED )<br>PLAINTIFF )<br>-vs- )<br>MARCUS HARDY, ET.AL, )<br>DEFENDANTS ) | No. 11 C 3777<br><br>Honorable: JAMES B. ZAGEL<br>Judge Presiding. |

FILED
OCT 12 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## MOTION IN FORM OF RIT OF TESTIFICATION upon Answer to PLRA

NOW COMES PLAINTIFF GERALD REED pro-se. Ask this Honorable Court to allow Plaintiff to be ritted in from IDOC/Stateville Correctional Center, to formulate an arguement to answer in person. the Assistant Attorney General, for the Defendants. to purpose answer the PLRA. on the following date, the 13th of October 2011 at 10:15 AM. By Assistant Attorney General Agnes Ptasznik, asking leave to file instanter answer on this date.

1.) Plaintiff ask reason and cause to answer in person.
2.) Plaintiff has NO attorney representing him, in the action call-complaint, to stand in, to asses the reply answer in person.
3.) Plaintiff would like to acknowledge the finding as arguement to the Assistant Attorney General request
4.) In asking in advance to get a available time table to this answer, due to Plaintiff response to the instanter answer by Asst. Attorney General.
5.) Therefore Plaintiff respectfully request that this Honorable Judge/and court grant the Rit of Testification. for Plaintiff to asses to the defendants and they're attorney. answer in party to a motion for PLRA.

Wherefore, Plaintiff request leave to file this motion upon the court pro-se.

MR. GERALD REED
P.O. BOX 112 Rt. 53
JOLIET ILL. 60434