**FILED**
OCT 14 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Mr. Michael Dobbins
11 C 3777

Due to the current lock-down I'm unable to send nothing. But the orginal copy and a copy of my amended complaint. Would you please forward me a copy of the amended copy.

Thank you very much.

Mr. Gerald Reed

Stamped filed copy.