# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 11 C 3777

*Reed v. Hardy, et al.*

The Hon. James B. Zagel
Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Charles H. Downs, Darryl Edwards, Joe Encarnacion, Marcus Hardy, Clarence Wright

| | |
|---|---|
| NAME (Type or print) | |
| Jessica M. Scheller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/*Jessica M. Scheller* | |
| FIRM | |
| Office of the Illinois Attorney General | |
| OFFICE ADDRESS | |
| 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6283944 | (312) 814-2098 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ___ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ___ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ___ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ___     APPOINTED COUNSEL ___ | |