# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gerald Reed

                      Plaintiff,

v.                                       Case No.: 1:11–cv–03777
                                                          Honorable James B. Zagel

Marcus Hardy, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2016:

      MINUTE entry before the Honorable James B. Zagel: Status hearing held. Counsel reported that the case has been resolved. Further status hearing set for 11/8/16 at 9:15 a.m. Counsel shall note that this is not the date given in open court. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.